DONNA B. CLARK, Appellant, v FARMERS NEW CENTURY INSURANCE COMPANY, Sued Herein as FARMERS INSURANCE COMPANY, Respondent.

Submitted September 15, 2014; decided October 23, 2014

Motion, insofar as it seeks leave to appeal from the May 2014 Appellate Division order, denied; motion for leave to appeal from the remaining orders is otherwise dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.